The People of the State of New York ex rel. Audley Clarke Company, Respondent, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1913.) — Order affirmed, with ten dollars costs and disbursements. We find no prejudicial error in the admission of evidence. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

Thomas Read, Appellant, v. Elverton R. Chapman and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

A. & M. Robbins, Inc., Appellant, v. John Hill and Others, Respondents, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Carr, J., not voting.

Louis C. Rosenthal, as Administrator, etc., of Henry Rosenthal, Deceased, Respondent, v. Rose Rachlin, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

William Sawey, an Infant, by Margaret Sawey, His Guardian ad Litem, Respondent, v. William Wisser, Appellant. — Order affirmed, with ten dollars costs and disbursements. The complaint points out the vehicle negligently driven as the thing to which the breach of duty attaches. (Pagnillo v. Mack Paving & Construction Co., 142 App. Div. 491, 494.) Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Marie Scherer, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the County Court of Queens county reversed and new trial ordered, costs to abide the event, upon the ground that the evidence preponderatingly shows that the car was in motion when plaintiff alighted. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Nathan Schwartz, Appellant, v. Carbondale Knitting Mills and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Carr, J., not voting.

Anna C. Tolman, Respondent, v. Daniel Gillespie and Others, Appellants, Impleaded with John G. Jenkins, Jr., Defendant.— Order affirmed, with ten dollars costs and disbursements, without passing upon the validity of the assessments, and on authority of Morgan v. Fullerton (9 App. Div. 233, 235), as to the proper method of trial of that question. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

Timothy Vaughan, Respondent, v. Transit Development Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

Andrew F. Wehner, Respondent, v. Brooklyn Wire Forming Company, a Domestic Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Carr, J., not voting.